No. 153. Tilton et al. v. Richardson, Secretary of Health, Education, and Welfare, et al. Appeal from D. C. Conn. [Probable jurisdiction noted, sub nom. Tilton v. Finch, 399 U. S. 904.] Motion of the Solicitor General for additional time for oral argument on behalf of appellees granted and 30 additional minutes allotted for that purpose. Appellants allotted 30 additional minutes for oral argument.

No. 154. James et al. v. Valtierra et al. [Probable jurisdiction noted, 398 U. S. 949]; and

No. 226. Shaffer v. Valtierra et al. [Probable jurisdiction noted, 399 U. S. 925.] Appeals from D. C. N. D. Cal. Motion of the Solicitor General for leave to participate in oral argument as amicus curiae in support of appellees denied. Mr. Justice Douglas and Mr. Justice Marshall took no part in the consideration or decision of this motion.

No. 301. Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics. C. A. 2d Cir. [Certiorari granted, 399 U. S. 905.] Motion of petitioner for additional time for oral argument denied.

No. 728. Hodgson et al. v. Randall et al. Appeal from D. C. Minn. Application for a partial stay presented to Mr. Justice Blackmun, and by him referred to the Court, denied. Mr. Justice Douglas is of the opinion that the application should be granted.

No. 5497. Brown v. United States. C. A. 3d Cir. Motion to defer consideration granted.

No. 5466. Sturm v. United States District Court for the Northern District of California. Motion for leave to file petition for writ of mandamus denied.